ACCEPTED
14-15-00704-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 3:09:52 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 14-15-00704-CV

## IN THE FOURTEENTH COURT OF APPEALS
## HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 3:09:52 PM
CHRISTOPHER A. PRINE
Clerk

**AIMEE HARVEY INDIVIDUALLY AND AS NEXT FRIEND OF TALISA PHILLIPS, AMANDA HARVEY, HENRY WILSON, III, AS NEXT FRIEND OF AALEISA PHILLIPS (A MINOR) AND GWENDOLYN WILSON**

**Appellants,**

**vs.**

**KINDRED HEALTHCARE OPERATING, INC., KINDRED HOSPITAL HOUSTON MEDICAL CENTER, KINDRED HOSPITALS LIMITED PARTNERSHIP**

**Appellees**

**On Appeal from the 190th District Court, Harris County, Texas**
**Trial Court Cause No. 2014-27575**

## APPELLANTS' FIRST UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME TO FILE BRIEF

Respectfully submitted,

THE LAW OFFICE OF PERCY C. SINGLETON, JR.

By: _Percy C. Singleton, Jr._
Percy C. Singleton, Jr.;
Texas Bar No. 24046854
2818 Cleburne St,
Houston, Texas 77004
Telephone 713.664.7678
Facsimile 713.436.8788
Email: psinglaw@gmail.com

**ATTORNEY FOR APPELLANT**

-1-

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

COMES NOW, APPELLANTS' AIMEE HARVEY, ET. AL., respectfully showing the Court as follows:

This is Appellants' first unopposed motion for extension of time to file its brief. The Appellants' brief is due on November 23, 2015. Appellant moves the Court for a 50-day extension. This extension is necessary is because Appellants' Counsel has had an extremely busy schedule the past forty-five (45) days, in completing discovery and getting ready for trial in two cases, where trials were set. The record in this matter was also delayed in some form. Appellants' Counsel was also set for trial in criminal district court as well.

Appellants' Counsel believes a 50-day extension would allow the response brief for appellee to submitted after the holiday period and not cause an inconvenience regarding preplanned travel arrangements for any involved parties.

**PRAYER**

Appellants' move the Court for a 50-day extension to file their brief and for all other relief to which he is entitled.

*[signature page follows)*

Respectfully submitted,

**THE LAW OFFICE OF PERCY C. SINGLETON, JR.**


By: _Percy C. Singleton, Jr._
Percy C. Singleton, Jr.,
Texas Bar No. 24046854
2818 Cleburne St,
Houston, Texas  77004
Telephone   713.664.7678
Facsimile 713.436.8788
Email: psinglaw@gmail.com

**ATTORNEY FOR APPELLANT**


## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with opposing counsel, listed below, about the merits of this motion with the following results:

Lori Proctor, with the Cooper and Scully Law Firm, attorney for Appellee, Kindred Hospital Inc., does not oppose motion.

Jon Hlavinka, with the Cooper and Scully Law Firm, attorney for Appellee, Kindred Hospital Inc., does not oppose motion.


Dated: Wednesday, November 18, 2015

_Percy C. Singleton, Jr._

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that on Wednesday, November 18, 2015, I have served this document on all other parties listed below:

Ms. Lori Proctor                                          Via Electronic Filing
Cooper & Scully
700 Louisiana Street, Suite 3850
Houston, TX 77002
Telephone   (713) 236-6800
Facsimile    (713) 236-6880
Counsel for Appellee, Kindred Hospital Houston, Inc.


Mr. Jon Hlavinka                                          Via Electronic Filing
Cooper & Scully
700 Louisiana Street, Suite 3850
Houston, TX 77002
Telephone   (713) 236-6800
Facsimile    (713) 236-6880
Counsel for Appellee, Kindred Hospital Houston, Inc.

By (check all that apply)

- ✓ Electronic filing
- ☐ Personal delivery
- ☐ Mail
- ☐ Commercial delivery service
- ✓ Fax


_Percy C. Singleton, Jr._